**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Kristin Marie BAUMAN–ARMELIN, Defendant–Appellant.**

No. 06–50538.

United States Court of Appeals, Ninth Circuit.

Submitted April 22, 2008.*

Filed April 29, 2008.

Roger W. Haines, Jr., Christina M. McCall, Office of The U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Donald A. Nunn, for Defendant–Appellant.

Before: GRABER, FISHER, and BERZON, Circuit Judges.

## MEMORANDUM **

Kristin Marie Bauman–Armelin appeals from the 60–month sentence imposed following her guilty-plea conviction for possession of marijuana with intent to distribute, in violation of 21 U.S.C. §§ 952 and 960. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Bauman–Armelin contends that the district court's statement of reasons for imposing a sentence above the advisory Guidelines range did not satisfy 18 U.S.C. § 3553(c)(2). She also contends that her sentence is unreasonable in light of the factors set forth in § 3553(a). We conclude that the district court did not commit procedural error and that the sentence imposed is substantively reasonable. *See Gall v. United States,* — U.S. —, 128 S.Ct. 586, 591, 598–602, 169 L.Ed.2d 445 (2007) ("[C]ourts of appeals must review all sentences—whether inside, just outside, or significantly outside the Guidelines range—under a deferential abuse-of-discretion standard"); *see also Rita v. United States,* — U.S. —, 127 S.Ct. 2456, 2468–69, 168 L.Ed.2d 203 (2007); *United*

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

*States v. Daychild,* 357 F.3d 1082, 1107–08 (9th Cir.2004).

**AFFIRMED.**